UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED

OCT  7 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,            )

Plaintiff,                           )
                                     )
v.                                   )
                                     )     **4:20CR630 AGF/DDN**
DALTON CULP,                         )
CORY CULP, and                       )
KYLE STOLBERG,                       )
                                     )
Defendants.                          )

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about June 26, 2020, in Marion County, within the Eastern District of Missouri,

**DALTON CULP,**

the Defendant herein, did steal and unlawfully take and carry away from the inventory and

premises of Farm and Home, a federal firearms licensee, firearms that had traveled in interstate

or foreign commerce.

In violation of Title 18, United States Code, Section 922(u).

### COUNT 2

The Grand Jury further charges that:

On or about September 3, 2020, in Marion County, within the Eastern District of

Missouri,

**DALTON CULP,**

the Defendant herein, knowingly possessed a firearm, knowing and having reasonable cause to believe the firearm was stolen, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(j).

## COUNT 3

The Grand Jury further charges that:

On or about September 3, 2020, in Marion County, within the Eastern District of Missouri,

## DALTON CULP,

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

The Grand Jury further charges that:

On or about September 3, 2020, in Marion County, within the Eastern District of Missouri,

## CORY CULP,

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

The Grand Jury further charges that:

On or about September 3, 2020, in Marion County, within the Eastern District of Missouri,

## KYLE STOLBERG,

the Defendant herein, knowingly possessed a firearm, knowing and having reasonable cause to believe the firearm was stolen, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(j).



A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney